UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Jaqueline Pollizzotti

         v.                                     Civil No. 05-cv-204-JD

Town of Hampton,  et al.


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for

judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with

prejudice.

      SO ORDERED.

July 12, 2006                             /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                      United States District Judge


cc:     Lawrence A. Vogelman, Esq.
        Brian J. S. Cullen, Esq.